Certificate Number: 14424-NJ-DE-039510419

Bankruptcy Case Number: 25-12406



14424-NJ-DE-039510419

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 2, 2025, at 11:55 o'clock AM EDT, George N Adinolfi completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  April 2, 2025

By:  /s/Mabelyn  Ramirez

Name:  Mabelyn  Ramirez

Title:  Instructor