UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Frances A. Tomes, Esq.
Tomes Law Firm, PC
17 Broad Street
Suite 3
Freehold, NJ 07728
(732) 333-0681
Attorney for Debtors

In Re:

George N. Adinolfi and Dolores A. Adinolfi,

                                    Debtors.

Case No.:        25-12406

Chapter:            13

Judge:            Hall

## NOTICE OF DEATH OR

## FINDING OF INCOMPETENCY OF A DEBTOR

I, George N. Adinolfi                    , am the

☐ Executor (select if appointed by a will)

☐ Administrator (select if no will and appointed by a probate court)

of the estate of _____ (name of debtor),

☒ Other (identify relationship to debtor) husband of Dolores A. Adinolfi         ,

and hereby certify as follows:

1.  Debtor, Dolores A. Adinolfi                    (name of debtor),

    ☒ died on  3/20/2025           (date).

    ☐ was declared legally incompetent on _____ (date) by _____

    _____ (insert appropriate court).

**IMPORTANT: PLEASE DO NOT INCLUDE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP WHEN E-FILING THIS FORM.  ENTER THE CERTIFICATE OF DEATH OR COURT ORDER PERTAINING TO INCOMPETENCY OR GUARDIANSHIP SEPARATELY, AS INSTRUCTED IN CM/ECF.**

2.  The debtor's legal representative is <u>going to be debtor, George N. Adinolfi, once appointed</u> <u>by the Surrogate's Office.  I anticipate being appointed by the Surrogate's Office within</u> <u>two weeks.</u> (if known, include title and contact information).

3.  I do ☒ / do not ☐ have knowledge of the debtor's assets and liabilities, and financial aspects of the debtor's estate.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, then I am subject to punishment.

Dated: <u>4/2/2023</u>

Signature: <u>/s/ George N. Adinolfi</u>

Print name: <u>George N. Adinolfi</u>

Address: <u>271 Nighthawk Drive</u>

<u>Monroe Township, NJ 08831</u>

Filed by: <u>Frances A. Tomes, Esq.</u>
           Attorney/Other

*rev.8/1/2024*