UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER NEW YORK, P.C.
Jonathan H. Katz, Esq.
67 East Park Place, Suite 800
Morristown, NJ 07960
Phone: 973-898-6502
Email: jkatz@beckerlawyers.com
Attorneys for The Ponds at Clearbrook Condominium Association, Inc.

In Re:
GEORGE N. ADINOLFI and DOLORES A. ADINOLFI

Case No.: 25-12406
Chapter: 13
Judge: Mark Edward Hall

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of The Ponds at Clearbrook CA. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Jonathan H. Katz, Esq.
Becker New York, P.C.
67 East Park Place, Sute 800
Morristown, NJ 07960

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 4/21/2025

/s/ Jonathan H. Katz, Esq.
Signature

new.8/1/15