|  |  |
|---|---|
| **NITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Frances A. Tomes, Esq.<br>Tomes Law Firm, PC<br>17 Broad Street<br>Suite 3<br>Freehold, NJ 07728<br>(732) 333-0681<br>Attorney for Debtors | Order Filed on May 28, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**George N. Adinolfi and Dolores A. Adinolfi,**<br><br><br>**Debtor(s)** | Case No.: 25-12406 (MEH)<br><br>Hearing:  May 28, 2025<br><br>Judge: Hon. Mark E. Hall |

# ORDER ALLOWING CONTINUED ADMINISTRATION
# OF THE CHAPTER 13 BANKRUPTCY CASE

The relief set forth on the following pages, numbered two (2) through two is ORDERED.

**DATED: May 28, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**THIS MATTER** comes before the Court upon the Notice by George N. Adinolfi, the representative of the debtor, that the above referenced debtor, Dolores A. Adinolfi, died on March 20, 2025, and Motion requesting an Order of this Court allowing the continued administration of the bankruptcy case pursuant to F.R.B.P. 1016. The petition was filed on March 7, 2025. The 341 Meeting of Creditors has not yet been conducted and the plan has not yet been confirmed. The Movant asserts that there is an adequate source of funding to allow a continuation of the payments pursuant to the plan which will soon be filed.

NOW, THEREFORE, upon good cause shown,

IT IS HEREBY ORDERED that George N. Adinolfi is hereby permitted to continue the administration of the bankruptcy case, and the case will continue, pursuant to F.R.B.P. 1016.