Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−12406−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| George N. Adinolfi<br>271 Nighthawk Drive<br>Monroe Township, NJ 08831 | Dolores A. Adinolfi<br>271 Nighthawk Drive<br>Monroe Township, NJ 08831 |

Social Security No.:
  xxx−xx−1128                                                xxx−xx−6824

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          7/9/25
Time:         10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 4, 2025
JAN: wdr

                                          Jeanne Naughton
                                          Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
George N. Adinolfi  
Dolores A. Adinolfi  
    Debtors

Case No. 25-12406-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Jun 04, 2025     Form ID: 132     Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | George N. Adinolfi, Dolores A. Adinolfi, 271 Nighthawk Drive, Monroe Township, NJ 08831-5535 |
| aty | + | The Ponds Condominium Assocation, 67 East Park Place, Attn: Jonathan H. Katz, Esq., Suite 800, Morristown, NJ 07960 UNITED STATES 07960-7125 |
| 520579003 | + | AmeriSave Mortgage, PO Box 371306, Pittsburgh, PA 15250-7306 |
| 520677381 | + | Astera/Solara Health, PO Box 40587, Nashville, TN 37204-0587 |
| 520677389 | + | CorePath Laboratories, 6918 Camp Bullis Road, San Antonio, TX 78256-2236 |
| 520677395 | + | Hackensack Meridian Urgent Care, PO Box 870, Newburgh, NY 12551-0870 |
| 520677396 | + | Highland Park Surgical Associates, 215 N Center Drive, North Brunswick, NJ 08902-4247 |
| 520677404 | | Portfolio Recovery Assoc, Riverside Commerce Center, Norfolk, VA 23502 |
| 520677405 | + | Princeton Radiology, PO Box 956, Evansville, IN 47706-0956 |
| 520677406 | + | RWJ Health Network, PO Box 949, Matawan, NJ 07747-0949 |
| 520677407 | + | SPUH AMB Care Group, PO Box 14099, Belfast, ME 04915-4034 |
| 520677408 | + | St. Peter's University Hospital, 254 Easton Avenue, New Brunswick, NJ 08901-1766 |
| 520677410 | + | Synchrony Bank, c/o Janki Patel, Esq., Selip & Stylianou LLP, PO Box 914, Paramus, NJ 07653-0914 |
| 520579004 | + | The Ponds Condominium Association, C/O Mid-Atlantic, PO Box 60005, Newark, NJ 07101-8052 |
| 520677415 | | Woodbridge Open MRI, 350 Green Street, Iselin, NJ 08830 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520677378 | + | Email/PDF: bncnotices@becket-lee.com | Jun 04 2025 20:49:40 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 520677379 | + | Email/PDF: bncnotices@becket-lee.com | Jun 04 2025 20:49:15 | American Express Legal, PO Box 278, Ramsey, NJ 07446-0278 |
| 520677382 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 04 2025 20:45:00 | Bank of America, 100 North Tryon Street, Charlotte, NC 28255-0001 |
| 520632380 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 04 2025 20:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520677383 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2025 20:49:22 | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 520677386 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2025 20:49:15 | Capital One Bank, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520677387 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2025 20:48:51 | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

Case 25-12406-MEH    Doc 23    Filed 06/06/25    Entered 06/07/25 00:15:13    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: 132 | Total Noticed: 46 |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520677390 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2025 20:48:48 | Credit One Bank, Attn: Bankruptcy Dept, PO Box 98873, Las Vegas, NV 89193-8873 |
| 520677391 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 04 2025 20:49:23 | Credit One Bank, POB 98872, Las Vegas, NV 89193-8872 |
| 520634548 | | Email/Text: mrdiscen@discover.com | Jun 04 2025 20:44:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 520677393 | + | Email/Text: mrdiscen@discover.com | Jun 04 2025 20:44:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520677397 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 04 2025 20:49:17 | JPMCB Card, POB 15369, Wilmington, DE 19850-5369 |
| 520677398 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 04 2025 20:49:34 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 520677399 | + | Email/Text: bankruptcy@rubinrothman.com | Jun 04 2025 20:44:00 | JPMorgan Chase Bank, C/O Rubin & Rothman, 1787 Veterans Highway, Suite 32, Islandia, NY 11749-1500 |
| 520617679 | + | Email/Text: RASEBN@raslg.com | Jun 04 2025 20:44:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520677400 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2025 20:49:15 | Kohls/CapOne, PO Box 3115, Milwaukee, WI 53201-3115 |
| 520651279 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2025 20:48:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520677401 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2025 20:46:00 | Midland Credit Management, PO Box 2004, Warren, MI 48090-2004 |
| 520650392 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 04 2025 20:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520677402 | + | Email/PDF: cbp@omf.com | Jun 04 2025 20:49:21 | OneMain, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 520590520 | + | Email/PDF: cbp@omf.com | Jun 04 2025 21:00:07 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 520677403 | + | Email/Text: ebnnotices@fidem-financial.com | Jun 04 2025 20:45:00 | PF/CP, PO Box 9208, Old Bethpage, NY 11804-9208 |
| 520615107 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2025 20:49:43 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520676724 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 04 2025 21:00:03 | Portfolio Recovery Associates, LLC, c/o Capital One, N.a., POB 41067, Norfolk VA 23541 |
| 520648567 | + | Email/Text: BKMAIL@planethomelending.com | Jun 04 2025 20:45:00 | Planet Home Lending, LLC, 321 Research Pkwy #303, Meriden, CT 06450-8342 |
| 520677409 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2025 21:00:05 | SYNCB/PayPal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 520677411 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 04 2025 20:44:00 | TBOM/Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 520677413 | ^ | MEBN | Jun 04 2025 20:38:29 | University Radiology, PO Box 999, Yorktown Heights, NY 10598-0999 |
| 520677414 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 04 2025 20:48:53 | Wells Fargo Card Services, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520677380 | *+ | AmeriSave Mortgage, PO Box 371306, Pittsburgh, PA 15250-7306 |
| 520677385 | *+ | Capital One, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 520677384 | *+ | Capital One, POB 31293, Salt Lake City, UT 84131-0293 |
| 520677388 | *+ | Citicards CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 520677392 | *+ | Credit One Bank, POB 98872, Las Vegas, NV 89193-8872 |
| 520677394 | *+ | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 520677412 | *+ | The Ponds Condominium Association, C/O Mid-Atlantic, PO Box 60005, Newark, NJ 07101-8052 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PLANET HOME LENDING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frances A Tomes | on behalf of Joint Debtor Dolores A. Adinolfi ftomes@tomeslawfirm.com agreenberg@tomeslawfirm.com;tomesfr92561@notify.bestcase.com;mariad@tomeslawfirm.com;tasmync@tomeslawfirm.com;bkteam@tomeslawfirm.com |
| Frances A Tomes | on behalf of Debtor George N. Adinolfi ftomes@tomeslawfirm.com agreenberg@tomeslawfirm.com;tomesfr92561@notify.bestcase.com;mariad@tomeslawfirm.com;tasmync@tomeslawfirm.com;bkteam@tomeslawfirm.com |
| Jonathan H. Katz | on behalf of Attorney The Ponds Condominium Assocation jkatz@beckerlawyers.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6